**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BOBBY LEE BELL**                                                        **PETITIONER**

v.                                                                        No. 4:08CV131-P-S

**LAWRENCE KELLY, ET AL.**                                     **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 20th day of August, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE